SCOTT A. EDELMAN (SBN 116927)
Email: sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Petitioner
LEONARD NORMAN COHEN



Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD NORMAN COHEN, a California resident,, <br><br> Plaintiff(s), <br><br> v. <br><br> NEAL R. GREENBERG, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> CV 05-6047-RSWL <br><br> NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: *(Check one)*

☒ This action is dismissed by the Plaintiff(s) in its entirety, without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

JANUARY 10, 2006
Date

Signature of Attorney/Party
SCOTT A. EDELMAN

CV-9 (07/01)                     NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

# CERTIFICATE OF SERVICE

I, Irma R. Guerra, declare as follows:

I am employed in Los Angeles, California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, 40th Floor, Los Angeles, California 90067. On January 10, 2006, I served the within:

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

| | |
|---|---|
| **David M. Given, Esq.**<br>Phillips, Erlewine & Given LLP<br>One Embarcadero Center<br>Suite 2350<br>San Francisco, CA 94111 | FACSIMILE NO.:<br><br>(415) 398-0911 |
| **Sherab Posel, Esq.**<br>Posel Law Offices<br>8 Vendi Avenue<br>Tuckahoe, NY 10707 | FACSIMILE NO.:<br><br>(914) 771-7719 |

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☑ **BY FACSIMILE:** From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

| | | |
|---|---|---|
| ☐ | **BY OVERNIGHT MAIL:** | I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business. |
| ☐ | **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☑ | **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on January 10, 2006, at Los Angeles, California.

*/s/ Irma R. Guerra*
Irma R. Guerra

20188414_1.DOC

Gibson, Dunn &
Crutcher LLP

3